IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EXIE MAI HARRINGTON; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 205; and TRUMEKO FOXX | )<br>)<br>)<br>) No. 3-13-1090 |
| v. | ) |
| WILLIAM EDWARD (BILL) HASLAM, Governor of the State of Tennessee; JULIE MIX MCPEAK, Commissioner of the Tennessee Department of Commerce and Insurance; and ROBERT COOPER, Attorney General & Reporter of Tennessee | )<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

By orders entered December 10, 2013 (Docket Entry Nos. 31-32), this case was referred to the undersigned Magistrate Judge to conduct a settlement conference.

All counsel of record shall convene a telephone conference call with the Court on **Friday, December 13, 2013, at 3:00 p.m.,** to be initiated by plaintiffs' counsel, to address the logistics in scheduling a settlement conference. Specifically, it is not clear to the Court how quickly a settlement conference would have to be scheduled, but the only potential days in December of 2013, are December 27 and December 30, 2013, and the Magistrate Judge is not available to schedule a settlement conference in January of 2014.

If the date and time for the scheduled conference call presents insurmountable scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule the conference call to a date and time during the week of December 16, 2013.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge